**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREG CONNER, MARK BOULET, SERGIO VASQUEZ, JAMES BOLICH, DEBRA BOLICH, CHERYL SCROGGINS, MELISSA SCROGGINS, M. DIEDRE WILTEN, STEPHEN M. KAMPMANN, LLOYD BROWN, and CLAUDIA SALAZAR,<br><br>    Plaintiffs,<br>    v.<br><br>AT&T, BELLSOUTH, VERIZON, and DOES 1-50, inclusive,<br><br>    Defendants. | CV F 06-0632 AWI DLB<br><br>ORDER VACATING JUNE 26, 2006 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendant Verizon's motion for a stay pending a final decision by the Judicial Panel on Multidistrict Litigation is pending in this action and is set for oral argument to be heard on June 26, 2006.  The court has reviewed the moving papers, opposition, reply, and United States' statement of interest.   The court has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 26, 2006, is VACATED, and the parties shall not appear at that time.  As of June 26, 2006, the court will take the matter under submission, and will thereafter issue its decision.

1  IT IS SO ORDERED.

2  **Dated:    June 21, 2006**              **/s/ Anthony W. Ishii**
   ciem0h                                   UNITED STATES DISTRICT JUDGE

2